**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:10CR35** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LISA WRIGHT,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **DEFENDANT** | ) | |

    This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Lisa Wright's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 8).

    On January 21, 2010, the government filed an information against Lisa Wright. (Dkt. # 1). On February 12, 2010, at her initial appearance and arraignment, Defendant consented to an order of referral to Magistrate Judge Limbert for purposes of receiving Defendant's guilty plea. (Dkt. # 6). At the February 12, 2010 hearing, Defendant entered a plea of guilty to Count 1, Labor Union Embezzlement, in violation of 29 U.S.C. § 501(c), before the Magistrate Judge. Magistrate Judge Limbert received the Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 8).

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 29 U.S.C. § 501(c). The sentencing will be held on May 19, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

    **/s/ Peter C. Economus - February 26, 2010**
    **PETER C. ECONOMUS**
    **UNITED STATES DISTRICT JUDGE**